Jason A. Geller, SBN 168149
Jill K. Rizzo, SBN 236471
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, 22nd Floor
San Francisco, California 94105
Telephone: (415) 644-0914
Facsimile: (415) 644-0978
Email: jason.geller@mbtlaw.com
jill.rizzo@mbtlaw.com

Attorneys for Defendant
MTR WESTERN TRANSPORTATION, LLC

**THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

HERBERT LEE, an individual,

Plaintiff,

vs.

MTR WESTERN TRANSPORTATION, LLC, a limited liability company; and DOES 1 through 50 inclusive,

Defendants.

**Case No. 3:13-cv-05090-WHO**

**STIPULATION FOR PLAINTIFF HERBERT LEE TO FILE FIRST AMENDED COMPLAINT**

State Action filed: July 2, 2013

1. On July 2, 2013, Plaintiff Herbert Lee filed his Complaint in the San Francisco Superior Court.

2. On October 31, 2013, Defendant MTR Western Transportation, LLC ("Defendant") removed this action to this Court. On November 7, MTR filed a Motion to Dismiss pursuant to FRCP 12(b)(6)/Motion For A More Definite Statement Pursuant To (FRCP 12(e). MTR also filed a Motion to Strike.

3. On November 21, Plaintiff filed non-oppositions to Motion to Dismiss/Motion for a More Definite Statement and the Motion to Strike. Defendant filed its Reply on December 2.

4. After discussing this matter, the parties have stipulated to the following:

a. Defendant is agreeable to allowing Plaintiff to file an amended Complaint in this matter and will take the hearing on the Motion to Dismiss/Motion for a More Definite Statement off calendar. The hearing is set for December 18 at 2:00 p.m. in Courtroom 2. In return, Plaintiff agrees that he will dismiss without leave to amend, the seventh cause of action for Intentional or Reckless or Negligent Infliction of Severe Emotional Distress; the eighth cause of action for Breach of Contract; and, the ninth cause of action for Breach of the Covenant of Good Faith and Fair Dealing.

b. Defendant's Motion to Strike was unopposed by Plaintiff. Defendant will also agree to take the Motion off calendar, which is set for December 18 at 2:00 p.m. in Courtroom 2. In exchange, Plaintiff will agree to strike the following phrases from any amended Complaint. In ¶ 60, after "defendant MTR" the phrase "an established concern doing millions of dollars of business each year"; in ¶ 65, under Plaintiff's claim for damages, strike the phrase "the value of plaintiff's time in prosecuting this action"; in ¶ 66, strike Plaintiff request for attorney's fees and costs under "California Civil Code Section 51.9 et seq."

5. This Stipulation may be executed in one or more duplicate originals, each of which when fully executed by each of the Parties hereto shall be deemed an original. Faxed and PDF copies of signatures shall have the same force and effect as originals.

Dated: December 11, 2013

MECKLER BULGER TILSON MARICK & PEARSON LLP

By: ______________________________

Jason A. Geller
Jill K. Rizzo
Attorneys for Defendant
MTR WESTERN TRANSPORTATION, LLC

Dated: December _____, 2013

LAW OFFICES OF R. MICHAEL LIEBERMAN

By: ______________________________
R. Michael Lieberman
Attorneys for Plaintiff
HERBERT LEE

**ORDER**

GOOD CAUSE APPEARING in that the parties have so stipulated, subject to amendments made by this Court, PURSUANT TO THE STIPULATION, IT IS SO ORDERED. It is further ordered that Defendant's hearings on the Motions are ordered off-calendar for December 18 at 2:00 p.m. Plaintiff Herbert Lee shall file his First Amended Complaint no later than January 10, 2014.

Dated: December 12, 2013

______________________________
Honorable William H. Orrick