R. Michael Lieberman (SBN 120831)
Law Offices of R. Michael Lieberman
1398 Post Street
San Francisco, CA 94109
Tel: 415-929-3197
Fax: 415-929-3476
Email: michael@spark84.com

Attorneys for Plaintiff
HERBERT LEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HERBERT LEE,<br><br>      Plaintiff,<br><br>   vs.<br><br>MTR WESTERN TRANSPORTATION, LLC, a limited liability corporation; and DOES 1 through 50, inclusive,<br><br>      Defendants. | CASE NO. 3:13-CV-05090-WHO<br><br>STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PROPOSED ORDER |

1/ STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT
CONFERENCE; PROPOSED ORDER - 3:13-CV-05090-WHO

FPDOCS 30111850.1

IT IS HEREBY STIPULATED by and between the parties to this action, through their attorneys, as follows:

1. The Case Management Conference in this matter is currently scheduled for Tuesday, September 9, 2014 at 2:00 p.m. in Courtroom 2 of this Court.

2. The parties request that the Case Management Conference be continued to a later date. The parties are available on the following dates: November 4 and November 18, 2014.

3. Good cause exists for this request. The reason for this request is as follows: R. Michael Lieberman, counsel for plaintiff, is scheduled to start trial in Monterey County Superior Court on Monday, September 8. This trial is expected to last three weeks. Mr. Lieberman is also scheduled to begin trial in Santa Clara County Superior Court on Monday, October 6. This trial will likely last at least three weeks as well.

4. A mediation in this case is scheduled to take place on Friday, September 5.

5. Neither party will be prejudiced by the continuation of the Case Management Conference.

6. The parties hereby stipulate and respectfully request that the Case Management in this matter be continued.

DATE: August 28, 2014

        LAW OFFICES OF R. MICHAEL LIEBERMAN

        /s/ R. Michael Lieberman
        R. MICHAEL LIEBERMAN

        Attorneys for Plaintiff
        HERBERT LEE

DATED: August 28, 2014

        FISHER & PHILLIPS, LLP

        /s/ Jason A. Geller

        JASON A. GELLER

        Attorneys for Defendant
        MTR WESTERN TRANSPORTATION, LLC

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference, currently scheduled for Tuesday, September 9, 2014 in Courtroom 2 of this Court, be continued to __November 4, 2014_____.

DATED:   August 29, 2014

_____W.H.Or_____
THE HON. WILLIAM H. ORRICK